# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) DOCKET NO.: 5:20-CR-88-KDB |
| | ) |
| v. | ) **GOVERNMENT'S REQUEST FOR** |
| | ) **RECIPROCAL DISCOVERY** |
| **MICHAEL SCOTT HOOVER** | ) |
| | ) |

NOW COMES the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, and requests reciprocal discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and paragraph #20 of the Standard Criminal Discovery Order for the Western District of North Carolina. Counsel for the defendant has requested discovery materials in this matter and the Government has complied, and will continue to comply, with the provisions of Rule 16.

Therefore, the undersigned Assistant United States Attorneys request from defense counsel all discovery which is required to be provided pursuant to Rule 16. Specifically, the undersigned is requesting permission to inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant in this case and which the defendant intends to introduce as evidence-in-chief at the trial of this matter.

The government also requests permission to inspect and copy or photograph any results or reports of physical or mental examination and of scientific tests or experiments made in connection with this case, or copies thereof, within the possession or control of the defendant which the defendant intends to introduce as evidence-in-chief at his trial or which were prepared by a witness

1

whom the defendant intends to call at this trial which such results relate to that witness' testimony and of scientific tests or experiments made in connection with this case, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial. In addition, the government requests that defendant, through counsel, provide a written summary of an expert witnesses' opinions, the bases and reasons for those opinions, and the witnesses' qualifications.

Respectfully submitted on this 31st day of March, 2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

s/ Stephanie L. Spaugh
Special Assistant United States Attorney
NC Bar Number: 47877
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Stephanie.spaugh@usdoj.gov

s/ Cortney S. Randall
Assistant United States Attorney
NC Bar Number:   31510
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax:   704.344.6629
cortney.randall@usdoj.gov