IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 5:20CR88-KDB |
| ) | |
| v. ) | GOVERNMENT'S NOTICE OF |
| ) | INTENT TO OFFER |
| MICHAEL SCOTT HOOVER ) | EVIDENCE PURSUANT TO FED. R. |
| ) | EVID. 803(6), 902(11), AND 807 |

NOW COMES the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, and hereby gives notice of its intention to offer into evidence business records by declaration pursuant to Federal Rules of Evidence 803(6) and 902(11). Federal Rule of Evidence 902(11) permits parties to introduce certified copies of domestic business records pursuant to Rule 803(6). This rule obviates the need to call witnesses merely to authenticate domestic business records. Rule 902(11) requires the proponent to "give an adverse party reasonable written notice of the intent to offer the record — and must make the record and certification available for inspection — so that the party has a fair opportunity to challenge them."

The United States hereby gives written notice to the defendant that the United States intends to offer the following certified record pursuant to Rule 902(11):

1. Apple manufacturing and shipping records for the defendant's Apple iPhone 7 plus with serial number FCJTC1ULHFXW.

These records have been provided to the defendant. The custodian has signed a sworn declaration that meets the requirements of Rules 803(6) and 902(11). This sworn declaration was also provided to the defendant.

Additionally, pursuant to Federal Rule of Evidence 807, the government hereby provides

1

notice of its intent to introduce the following trade inscription on the Apple iPhone 7 plus seized as part of the above-referenced case as evidence that the phone was assembled in China:



Apple contact:

Greg Crader
Legal Specialist
Apple Inc.
One Apple Park Way
Cupertino, CA 95014
(408) 996-1010
lawenforcement@apple.com

      **RESPECTFULLY SUBMITTED**, this 9th day of April, 2021.

      WILLIAM T. STETZER
      ACTING UNITED STATES ATTORNEY

      s/ Stephanie L. Spaugh
      Special Assistant United States Attorney
      NC Bar Number: 47877
      United States Attorney's Office
      227 West Trade Street, Suite 1650
      Charlotte, North Carolina 28202
      Telephone: (704) 344-6222
      Stephanie.spaugh@usdoj.gov

s/ Cortney S. Randall
Assistant United States Attorney
NC Bar Number: 31510
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax:   704.344.6629
cortney.randall@usdoj.gov