# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:20-cr-88-KDB |
|---|---|---|
| v. | ) ) ) | |
| | ) | **GOVERNMENT'S EXHIBIT LIST** |
| MICHAEL SCOTT HOOVER | ) ) | |

NOW COMES the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, and files its exhibit list in this case. The government reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 1 | Apple iPhone 7 plus | | | |
| 2 | Apple manufacture and shipping data record | | | |
| 3 | Extraction report from defendant's iPhone – MV2 | | | |
| 3a | IMG_0789.mov | | | |
| 3b | 5B25B5E1-E5B3-46FF-AD35-FB1A5D2A3AC7.mov | | | |
| 3c | IMG_0788.jpg | | | |
| 3d | IMG_0784.heic | | | |
| 3e | IMG_0790.heic | | | |
| 4 | Extraction report from defendant's iPhone – MV1 | | | |
| 4a | IMG_7954.mov | | | |
| 4b | IMG_7958.mov | | | |

1

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 4c | IMG_7953.jpg | | | |
| 4d | IMG_7955.jpg | | | |
| 4e | IMG_7956.jpg | | | |
| 4f | IMG_7957.jpg | | | |
| 4g | Image #2 on extraction report | | | |
| 4h | Image #7 on extraction report | | | |
| 4i | Image #8 on extraction report | | | |
| 4j | Image #9 on extraction report | | | |
| 4k | Image #10 on extraction report | | | |
| 4l | IMG_7951.heic | | | |
| 4m | IMG_9077.mov | | | |
| 4n | IMG_9068.mov | | | |
| 4o | IMG_9068.heic | | | |
| 4p | Image #3 on extraction report | | | |
| 4q | Image #5 on extraction report | | | |
| 4r | Image #4 on extraction report | | | |
| 4s | Image #6 on extraction report | | | |
| 4t | 7B377160-E6FB-4E4B-A820-2EEB9555EAD8.jpeg | | | |
| 5 | Extraction report from defendant's iPhone – Search Terms | | | |
| 6 | Disc – partial data extraction from defendant's iPhone | | | |
| 7 | 902(11) Apple | | | |
| | | | | |

| EX. | ITEM | ID'D | REC'D | WITNESS |
|-----|------|------|-------|---------|
|     |      |      |       |         |
|     |      |      |       |         |
|     |      |      |       |         |
|     |      |      |       |         |

Respectfully submitted this 21st day of April, 2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

s/ Stephanie L. Spaugh
Special Assistant United States Attorney
NC Bar Number: 47877
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Stephanie.spaugh@usdoj.gov

s/ Cortney S. Randall
Assistant United States Attorney
NC Bar Number: 31510
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
cortney.randall@usdoj.gov