IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:20-CR-00088-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| MICHAEL SCOTT HOOVER, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the United States' Motion to Redact the Trial Transcript. (Doc. No. 42). For good cause shown and for the reasons stated in the Motion, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that the transcript of the Trial proceedings be redacted in accordance with the Motion.

**SO ORDERED.**

Signed: May 4, 2022

Kenneth D. Bell
United States District Judge