# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## INTRO TO GEOMETRY: LESSON 6- VOLUME

Presented to  **MICHAEL HOOVER**

FEB 15, 2022
*DATE*

*Vincent Townsend*
*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## INTRODUCTION TO COMPUTER SCIENCE 102

Presented to     **MICHAEL HOOVER**

APR 26, 2022
*DATE*

*Vincent Townsend*
*SIGNATURE*

Case 5:20-cr-00088-KDB-DSC   Document 48   Filed 05/18/22   Page 2 of 10

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## INTRODUCTION TO COMPUTERS

Presented to  **MICHAEL HOOVER**

APR 26, 2022
*DATE*

*Vincent Townsend*
**SIGNATURE**

Case 5:20-cr-00088-KDB-DSC   Document 48   Filed 05/18/22   Page 3 of 10

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## LINEAR FUNCTIONS: LESSON 9 - GRAPHING LINEAR EQUATIONS IN SLOPE INTERCEPT FORM

### MICHAEL HOOVER

Presented to

FEB 16, 2022
DATE

*Vincent Townsend*
SIGNATURE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MATHEMATICS: UNIT 7 - RATIONAL EXPRESSIONS

Presented to    **MICHAEL HOOVER**

APR 25, 2022
*DATE*

*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MEDICARE & YOUR MENTAL HEALTH BENEFITS

Presented to __MICHAEL HOOVER__

__MAY 05, 2022__
*DATE*

*Vincent Townsend*
*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MENTAL HEALTH: PTSD

Presented to  **MICHAEL HOOVER**

MAY 04, 2022
DATE

*Vincent Townsend*
SIGNATURE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MENTAL HEALTH: SUICIDE

Presented to  **MICHAEL HOOVER**

MAY 04, 2022
DATE

*Vincent Townsend*
SIGNATURE

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## MICROSOFT: WINDOWS 7 BASICS

Presented to     **MICHAEL HOOVER**

APR 28, 2022
*DATE*

*Vincent Townsend*
*SIGNATURE*

# CERTIFICATE
## OF SUCCESSFUL COMPLETION



This certificate is proudly presented for successfully completing:

## NORTH CAROLINA'S COMMERCIAL DRIVER MANUAL

Presented to  **MICHAEL HOOVER**

APR 10, 2022
*DATE*

*Vincent Townsend*
*SIGNATURE*